IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

FAITH STEINMAN,

    Plaintiff,

v.                                                                  1:15cv51-WS/GRJ

CAROLYN W. COLVIN,
Acting Commissioner of Social
Security,

    Defendant.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed December 14, 2015.  See Doc. 18.  The magistrate judge recommends that the Commissioner's decision to deny the plaintiff's application for benefits be affirmed.  The plaintiff has filed no objections to the report and recommendation.

The court being in accord with the magistrate judge's report and recommendation, it is ORDERED:

1. The court ADOPTS and incorporates by reference into this order the magistrate judge's report and recommendation (doc. 18).

2. The Commissioner's decision to deny the plaintiff's application for benefits is AFFIRMED.

3. The clerk shall enter judgment stating: "The decision of the Commissioner is AFFIRMED."

DONE AND ORDERED this   19th   day of   January  , 2016.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE